IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUSTAVO MCKENZIE,

    Plaintiff,                                CV F 04 5903 AWI WMW   P

  vs.                                               ORDER

JEANNE WOODFORD, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se. On August 24, 2005, an order was entered, dismissing the operative complaint and granting plaintiff leave to file an amended complaint. On August 29, 2005, plaintiff filed a notice of appeal of that order. On October 17, 2005, the Ninth Circuit denied the appeal.

       Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the order of August 24, 2005. Failure to do so will result in a recommendation of dismissal.

IT IS SO ORDERED.

1

1 | **Dated:** <u>**November 2, 2005**</u>          <u>        **/s/  William M. Wunderlich**        </u>
mmkd34                                             UNITED STATES MAGISTRATE JUDGE