IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUSTAVO McKENZIE,

    Plaintiff,

vs.

JEANNE WOODFORD, et al.,

    Defendants.

CV F 04 5903 AWI WMW P

FINDINGS AND RECOMMENDATION

    Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    By order filed August 24, 2005, the court issued an order dismissing the operative complaint for failure to state a claim and directing Plaintiff to file an amended complaint within thirty days. On August 29, 2005, plaintiff filed a notice of appeal of that order. On October 13, 2005, the Ninth Circuit dismissed plaintiff's appeal. On November 3, 2005, an order was entered, granting plaintiff thirty days within which to file an amended complaint. Plaintiff was specifically cautioned that his failure to do so would result in a recommendation of dismissal.

    On December 6, 2005, plaintiff filed a document titled as a response to the order. Plaintiff contends that he did not consent to Magistrate Judge jurisdiction, and is not inclined to file an amended complaint. Plaintiff appears to seek an appealable order.

1   In the August 24, 2005, order the court informed Plaintiff of the deficiencies in
2 his complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim
3 upon which relief could be granted. Because Plaintiff has not filed an amended complaint, the
4 court recommends dismissal of the claims made in the original complaint with prejudice for
5 failure to state a federal claim upon which the court could grant relief. See Noll v. Carlson, 809
6 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to
7 amend prior to dismissing for failure to state a claim).

8   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for
9 failure to state a claim upon which relief can be granted.

10   These findings and recommendations are submitted to the United States District
11 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within
12 twenty days after being served with these findings and recommendations, plaintiff may file
13 written objections with the court. Such a document should be captioned "Objections to
14 Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file
15 objections within the specified time waives all objections to the judge's findings of fact. See
16 Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the
17 specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
18 F.2d 1153 (9th Cir. 1991).
19 IT IS SO ORDERED.
20 **Dated:   December 9, 2005**            **/s/  William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE