IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GUSTAVO McKENZIE,

     Plaintiff,                       CV F 04 5903 AWI WMW   P

    vs.                                  ORDER

JEANNE WOODFORD, et al.,

     Defendants.

        Plaintiff is a state prisoner proceeding pro se.  On December 9, 2005, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim.   The court recommended dismissal based upon an earlier order dismissing the original complaint with leave to amend.  The court specifically noted that plaintiff had failed to allege facts sufficient to state a claim for denial of access in violation of the First Amendment. Plaintiff's vague allegations failed to articulate actual injury.  Plaintiff failed to amend the complaint, and the court recommended dismissal.

        On January 5, 2006, plaintiff filed objections to the findings and recommendations.  Plaintiff argues that the original complaint does state a claim for relief, and refers to more specific injury.  Plaintiff refers to a petition for writ of habeas corpus.  Plaintiff is advised that the court can not consider facts not alleged in the complaint.   The August 24, 2005,

1  order advised plaintiff of the deficiencies in the original complaint, and granted plaintiff leave to
2  file an amended complaint.  Should plaintiff desire to assert additional factual allegations, he
3  must do so by way of an amended complaint.  Accordingly, the court will grant plaintiff a further
4  extension of time to file an amended complaint.  Should plaintiff fail to do so, the December 9,
5  2005, recommendation of dismissal will be submitted to the District Court.
6          Accordingly, IT IS HEREBY ORDERED that plaintiff is granted an extension of
7  time of thirty days from the date of service of this order in which to file an amended complaint.

11  IT IS SO ORDERED.
12  **Dated:    January 9, 2006**            /s/  William M. Wunderlich
    mmkd34                                    UNITED STATES MAGISTRATE JUDGE