IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO MCKENZIE, | |
| Plaintiff, | CV F 04-5903 AWI WMW P |
| vs. | ORDER DENYING MOTION FOR INTERVENTION |
| JEANNE WOODFORD, et al., | (Document #6) |
| Defendants. | |

Plaintiff is a state prisoner proceeding on a civil rights complaint brought pursuant to 42 U.S.C. § 1983. On August 1, 2005, Plaintiff filed a request for intervention, that has been docketed in this court as a motion. While this request appears to be directed toward the Ninth Circuit of Appeals, in the request Plaintiff appears to ask that his civil rights complaint be screened by this court. Since, the time Plaintiff filed his motion, the complaint has been dismissed with leave to amend. Recently, on February 23, 2006, Plaintiff filed an amended complaint. As such, Plaintiff's motion requesting intervention on the original complaint is now moot.

Accordingly, Plaintiff's motion for intervention is DENIED as moot.

IT IS SO ORDERED.

**Dated:   March 3, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE

1